UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Susan A. Shaw | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 1:10-cv-11021-DJC |
| | ) |
| BAC HOMELOANS SERVICING, L.P., | ) Motion for Memorandum of |
| | ) Lis Pendens |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR MEMORANDUM OF LIS PENDENS**

Plaintiff Susan A. Shaw, respectfully moves the court to allow Lis Pendens to be filed on

the subject property at the Bristol County Records of Deeds Office. The defendant has

filed a foreclosure deed for a rescinded foreclosure and has assigned their bid to Fannie

Mae. I would like to keep the property from being sold yet again. I intend to regain

ownership of my property.

Susan A. Shaw Pro Se
12 Jarvis Lane
North Attleboro, MA
508-643-9871
Sue234@aol.com